OPINION — AG — THE NORTHERN COLLEGE AT TONKAWA, OKLAHOMA, IS SUBJECT TO THE PROVISIONS OF THE OKLAHOMA CENTRAL PURCHASING ACT IN THE EXPENDITURE OF ALL "STATE COLLECTED FUNDS" AS DEFINED HEREIN. CITE: 74 O.S. 1961 85.4 [74-85.4], 74 O.S. 1961 85.2 [74-85.2], 74 O.S. 1961 85.5 [74-85.5] 74 O.S. 1961 85.7 [74-85.7], 74 O.S. 1961 85.12 [74-85.12], 74 O.S. 1961 85.7 [74-85.7] [74-85.7] (W. J. MONROE)